## W. P. HAMLIN v. J. S. TAFT.

1—One of the sureties on the error bond having died, the defendant in error dismissed as to him and asked an affirmance of the judgment below. There being no assignment of errors, it is so ordered.

ERROR from Harris. Tried below before the Hon. George R. Scott.

Suit on a note by the defendant in error against the plaintiff in error. Judgment for the plaintiff at the Fall term, 1868, and defendant prosecutes his writ of error.

*James Masterson*, for defendant in error, suggested the death of one of the sureties on the bond in error, dismissed as to him, and moved an affirmance.

No counsel for plaintiff in error.

DENISON, J.—In this case the defendant in error suggests the death of David Perry, one of the sureties on the error bond, dismisses as to him, and asks an affirmance of the judgment below (there being no assignment of errors). The suit is dismissed as to the said David Perry, and the judgment affirmed.

Affirmed.